FILED
7/19/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FILED
JUL 18 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In The United States District Court
In The Northern District of Illinois
Western Division

Edgar Blanco,
Plaintiff,

v.

United States of America,
Defendant.

Civil Action No. 22 C 50182
Hon. Philip G. Reinhard
AMENDED COMPLAINT UNDER FEDERAL TORT CLAIMS ACT

Proceeding Pro Se, Plaintiff Edgar Blanco ("plaintiff") hereby files his First Amended Complaint exclusively under the authority provided by Congress in the Federal Tort Claims Act.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

1) Plaintiff declares that On December 30th, 2021, while at USP Thomson, ILL, he sent a tort claims in the appropriate SF-95 form to the Tort Claims Division at the Regional Office of the BOP. Plaintiff never received a response. Subsequently, Plaintiff was transferred from USP Thomson to USP Lewisburg in PA where he currently is being held. To date, the government has not responded to plaintiff's Tort Claim, and the Six months were up on June 30th, 2022.

## STATEMENT OF FACTS

2) On December 8th, 2021, at approximately 4:00 PM, plaintiff was extracted from cell 332 in Fox Unit by Lieutenant Marquez and other officers. During the extraction, Lt. Marquez used excessive use of force (deliberately & sadistically) to get plaintiff out of cell 332 in Fox Unit. At no time did plaintiff resisted or was combative. Lt. Marquez put cuffs and shackles on plaintiff. The cuffs were maliciously & sadistically put on plaintiff extremely tight, So were the shackles. Plaintiff was cuffed hands behind. Then, plaintiff was taken out of the cell walking backwards with the officers bending his neck down to where plaintiff's body was bent half-way towards the floor. The officers deliberately walked fast, and thus while they had plaintiff bent half way with his neck down and with cuffs and shackles on extremely tight, plaintiff had extreme difficult keeping up pace, and the shackles were cutting through his skin, causing plaintiff to bleed and pain and suffering. Plaintiff was forced to "walk" like this all the way to the main lobby.

1 of 5

3) In the lobby, Lt. Marquez threatened to inflict bodily harm on me, and Forced me to undress and put on paper clothing. Then, Lt. Marques put plaintiff on hand restraints, again, and a belly chain. The hand restraints and belly chain were put on extremely tight. Then, plaintiff was put on in a restraint chair. Plaintiff soon voiced concerns about the restraints being on too tight, especially on his right wrist and belly. Lt. Marquez, though, ignored and disregarded plaintiff's multiple complaints. Then, as a result of plaintiff's constant complains about the restraints being on too tight and causing pain, Lt. Marquez added even more restraints by strapping plaintiff to the restraint chair to where plaintiff couldn't even move his neck. After that, Lt. Marquez placed me in cell 323 in Fox Unit. cell 323 in Fox Unit is also known as the "hard cell". Plaintiff was left strapped to the restraint chair in cell 323 Fox Unit. Plaintiff kept complaining to Lt. Marquez about the restraints being on too tight on his right hand and belly, and at that point, that plaintiff couldn't feel his right hand, and that he was starting to have difficulty breathing.

Soon thereafter, because of my complaints about the restraints being on too tight, Officer Leeper maliciously & sadistically assaulted plaintiff from behind the chair. While calling plaintiff a "pussy bitch", Officer Leeper smashed a shield on plaintiff's right hand and wrist repeteadly, causing excruciating pain, and plaintiff to bleed.

In addition, everytime the nurses came to do "checks" on plaintiff, plaintiff complaint to nurse Simcox Jen. Plaintiff complained to Simcox that he was having a difficult time breathing and couldn't feel his right hand which was bleeding, and that the restraints were on too tight especially on his belly and right hand.

Simcox advised Lt. Marquez to fix the restraints because they were on way too tight and was causing damage and numbness to plaintiff. However, Lt. Marquez disregarded Simcox's advise and refused to fix the restraints on plaintiff. Lt. Marquez got even more angry and made more threats to inflict bodily harm on plaintiff and keep plaintiff in the restraint chair longer if plaintiff "dont shut the Fuck ████ up and stop crying like a bitch".

On December 9th, 2021, at around 10:00 Am, plaintiff was taken off restraints. and placed back in cell 332 Fox Unit.

4) On December 14th, 2021, plaintiff wrote a medical request seeking medical attention, because his right hand and wrist was severly damaged and getting infected. Moreover, Plaintiff's right side of abdomen had a bad cut from the belly chain being on too tight for 18 hours, and it was also getting infected.

On December 14th, 2021, Nurse Jobin DRN treated plaintiff for his injuries. Nurse Jobin acknowledged and cautioned plaintiff that his injuries and cuts, especially on his right hand and wrist, were badly infected. Nevertheless, Jobin did not recorded or noted plaintiff's injuries in the medical record. Then, she (Jobin) said she would be back. She never returned.

Then, from December 15th, 2021 and on, plaintiff kept writing medical requests seeking more treatment for his infected injuries. However, Plaintiff's medical requests were ignored. Eventually, on December, 23rd, 2021, nurse Miller RN took a look at plaintiff's injuries and recognized the seriousness of the infections. Nurse Miller treated Plaintiff's injuries immediately and cleaned them thoroughly.

In addition, oddly, when plaintiff was given a copy of his medical records, the nurses put inaccurate and false information in their record entries regarding their encounters with plaintiff while he was in the restraints chair.

In the medical records, the nurses falsely put that plaintiff was in other Units, however, plaintiff was held in the hard cell 323 F-Unit during the restraints chair.

5) Ultimately, plaintiff suffered severe emotional, psychological, and physical pain and distress at the hands of Lt. Marquez, officer Leeper, and others. Plaintiff now has deep scars on his right hand and wrist and on his lateral abdomen. Plaintiff also has tissue and nerve damage on his right hand and wrist as a result of Lt. Marquez and OFC. Leeper's actions and sadistic assaults against Plaintiff on December 8th, 2021. Plaintiff has been permanently damaged.

## LEGAL CLAIMS

6) Plaintiff hereby incorporates by reference and realleges paragraphs 1-5.

### FIRST CAUSE OF ACTION

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED) - 8th Amendment Violation -

7) The actions of Lt. Marquez and Officer Leeper were intentionally, sadistically, and maliciously done with the purpose to inflict extreme distress, pain, and suffering on Plaintiff. And they did caused plaintiff to suffer severe emotional distress, pain, and suffering in Violation of the Eight Amendment to the United States Constitution.

### SECOND CAUSE OF ACTION

### DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED - 8th Amendment Violation -

8) The actions of Lt. Marquez, OFC. Leeper, and nurse Jobin, constitutes, and amount to deliberate indifference to a serious medical need. Lt. Marquez and OFC. Leeper were advised by nurse Simcox of the need to re-adjust plaintiff's restraints because they were on too tight and had plaintiff's right hand numb, etc., nevertheless, Lt. Marquez and OFC. Leeper ignored & disregarded plaintiff's pleas for help and nurse Simcox's medical advises. As a result plaintiff suffered severely and has been permanently scarred and damaged. These sadistic and deliberate actions Violated plaintiff's rights under the Eight Amendment to the U.S. Constitution and has caused plaintiff physical, emotional, and psychological distress, pain, and suffering.

### THIRD CAUSE OF ACTION

### CRUEL & Unusual Punishments - 8th Amendment Violation -

9) Lt. Marquez and OFC. Leeper's malicious actions amount to torture and cruel & unusual punishments. They assaulting plaintiff while he was fully restrained and was not a threat, does not serve any purpose at all. Lt. Marquez's and OFC. Leepers malicious & sadistic actions Violated the Eighth Amendment's prohibition against Cruel & Unusual Punishments and caused plaintiff physical, emotional, and mental distress, pain, and suffering, and permanent damage.

10) Plaintiff has no adequate remedy to redress the wrongs and actions of the employees of the U.S. Government described herein. Plaintiff has been, and will continue to be, irreparably harmed by the actions described herein. Plaintiff seeks justice and Compensatory damages against the U.S. Government.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays and requests that this Court enter judgment against the U.S. government, and in favor of Plaintiff in the following form:

A) Compensatory damages and punitive damages in the amount of: $15,000,000.00 against the United States For torture, intentional infliction of emotional distress, assault & battery, deliberate indifference, etc...;

B) A jury trial on all matters triable by jury;

C) Plaintiff's Costs in this Suit;

D) And any other further relief the Court deems just, proper, and equitable.

I declare Under Penalty of Perjury that the foregoing is true & Correct.

July 13th, 2022.
Lewisburg, Pennsylvania.

Respectfully Submitted,

X E·B

Edgar Blanco  #58381-007
USP Lewisburg
P.O. Box 1000,
Lewisburg, PA 17837
Plaintiff -Pro Se-

5 OF 5