Edgar Blanco
AO# 58381-007
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN 47808
Plaintiff
PRO SE

**FILED**

MAY 08 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

WESTERN DIVISION

EDGAR BLANCO,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 22 C 50182

TRT-NCR-2023-01652

COMPLAINT AND JURY DEMAND

## I. JURISDICTION

1. This is a civil action authorized by 28 U.S.C. §2680(h) to redress the deprivation, under color of federal law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. §1346(b) and §1402(b). Plaintiff's claims for monetary relief are authorized under federal Tort law.

2. The Western District of Illinois is an appropriate venue 28 U.S.C. §1391(b)(2) because it's where the events giving rise to this claim occured.

## II. PLAINTIFF

3. Plaintiff Edgar Blanco is and was at all times mentioned herein a prisoner of the attorney general of the United States in the custody of the Dept. of Justice. He is currently confined in U.S.P. Terre Haute in Indiana.

## III. DEFENDANTS

4. Lt. Marquez was, at all times relevant herein, Lieutenant at

1.

U.S.P. Thomson. Upon information and belief Lt. Marquez remains a resident of Illinois. Lt. Marquez is being sued in his individual capacity.

5. C.O. Leeper was, at all times relevant herein, Correction Officer at U.S.P. Thomson and resident of Illinois. Upon information and belief C.O. Leeper remains a resident of the State of Illinois. C.O. Leeper is being sued in his individual capacity.

6. R.N. Sweeney was, at all times relevant herein, Registered Nurse contracted to work at U.S.P. Thomson and resident of Illinois. Upon information and belief R.N. Sweeney remains a resident of Illinois. Sweeney is being sued in her individual capacity.

7. R.N. Jobin was, at all times relevant herein, a Registered Nurse contracted to work at U.S.P. Thomson and a resident of Illinois. Upon information and belief R.N. Jobin remains a resident of the state of Illinois. Jobin is being sued in her individual capacity.

III. Facts

8. On December 8th, 2021, at approximately 4:00 p.m. Plaintiff was extracted from cell 332 in Fox Unit by Lt. Marquez and other officers. During the extraction, Lt. Marquez used excessive use of force that was intentional to get Plaintiff out of the cell.

9. At no time did Plaintiff resist or was combatative. Lt. Marquez placed leg and hand shackles on Plaintiff. The cuffs were placed on Plaintiff extremely tight cutting off circulation.

10. Plaintiff was taken out of the cell and made to walk backwards and bent over to where his head was almost to the floor. The officers deliberately walked fast in order to increase the pain Plaintiff felt from the over restrictive shackles placed on his legs and wrists and was made to walk like this to the main lobby.

11. While walking in this manner, the cuffs and shackles caused Plaintiff's skin to bleed where the cuffs were placed on tightly. Plaintiff has scars from this incident.

12. In the lobby, Lt. Marquez added a belly chain to the restraints already on the Plaintiff, again extremely tight causing bleeding to happen again.

13. Plaintiff informed Lt. Marquez about the restraints being too tight and he was ingored. He stated his complaint mutliple times to the Lt. who agian ingnored them completely.

14. Because he became aggravated about Plaintiff's complaints about the restraints being too tight, Lt. Marquez placed Plaintff in a restraint chair, and again, applying the restraints extremely tight. The extreme tightness of the chair did non enable Plaintiff to move his neck, all the while he was in contant pain and discomfort.

15. Lt. Marquez then placed Plaintiff in the "hard cell" where he was left to suffer in silence and had difficulty breathing. Plaintiff's right hand became numb and he could no longer feel it.

16. While the nurses came in and saw Plaintiff, after he had been sitting in the chair for a considerable time, he voiced his health concerns with the nurse. NO sooner did he do this, C.O. Leeper came up from behind him and assaulted him with the riot shield and began hurling profanities at the Plaintff, refereing to him as a "pussy bitch", while C.O. Leeper repeatedly, smashed the riot sheild down on Plaintiff's right hand causing excrutiating pain and bleeding.

17. Plaintiff complained to RN Simcox that he was having difficulty breathing and couldn't feel his right hand which was bleeding, and that the restraints were on too tight especially on his belly and right hand.

3.

18. RN Simcox advised Lt. Marquez to fix the resraints because they were on way too tight and were causing damage and numbness to Plaintiff's extremities. Lt. Marquez disregarded simcox's medical advice and did not fix the restraints, instead he got more angry and made more threats to inflict bodily harm on Plaintiff and keep him in the restraint chair longer if he made more complaints.

19. At 10:00 a.m. Plaintiff was taken out of the restraints and plced back in cell 332 in Fox Unit.

## IV. LEGAL CLAIMS

20. The beating, deliberate indifference to medical needs, and assault with the riot shield violated Blanco's rights and constituted intentional assault and battary under 28 U.S.C. §2680(h)

21. The Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been at all times and will continue to be irreparably injured by the conduct of the defendats unless the this court grants the relief which he seeks.

## V. PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this court enter judgment granting plaintiff:

22. $15,000,000.00 in punitive damages against each of the defendants.

23. A trial on all issues triable by jury.

24. Plaintiff's costs in this suit

25. Any additional relief this court deems just and equitable.

Dated 5-1-2023
Respecfully submitted,


Edgar Blanco
58381-007
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN 47808

4.

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on infromation and belief, and, as to those, I believe them to be true under penalty of perjury that the foregoing is true and correct.

Executed at Terre Haute, Indiana on 5-1-2023

*Edgar Blanco*

Edgar Blanco

5.



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

12-12-2022

EDGAR BLANCO, #58381-007
USP TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN  47808

       Re: Administrative Claim for Damages
       Claim #:      TRT-NCR-2023-01652      $ 15,000,000.00

Dear Claimant:

       This is to notify you of our receipt of your administrative claim for damages under provisions of the <u>Federal Tort Claims Act, Title 28 USC §1346(b), 2671 et. seq.</u>, alleging liability of the United States Government.

       Your claim was received on 10-24-2022. The above referenced Act provides that the agency has 6 months to make an administrative determination on your claim from the date such claim was received by the appropriate agency. Accordingly, in the matter of the above referenced claim, the government's response is not due until 04-23-2023.

       Regulations that may be pertinent to your claim may be found at Title 28 C.F.R. Part 14 et.seq., and §543.30.

                         Sincerely,
                         Mary A. Noland
                         Regional Counsel

Edgar Blanco
    58381-007
U.S.P Terre Haute
    P.O. Box 33
Terre Haute, IN 47808


RE: Administrative claim for
damage. Claim # TRT-NCR 2023-01652

## COMPLAINT

1.  On December 8th, 2021, at approximately 4:00pm, plaintiff was extracted from cell 332 in Fox Unit by Lieutenant Marquez and other officers. During the extraction, Lt. Marquez used excessive use of force (deliberately and sadistically) to get plaintiff out of cell 332 in Fox Unit. At no time did plaintiff resist or was combative. Lt. Marquez put cuffs and shackles on plaintiff. The cuffs were maliciously and sadistically put on plaintiff extremely tight, so were the shackles. Plaintiff was cuffed hands behind. Then plaintiff was taken out of the cell walking backwards with the officers bending his neck down to where plaintiffs body was bent half-way towards the floor. The officers deliberately walked fast, and thus they had plaintiff bent halfway with his neck down and with cuffs and shackles extremely tight, plaintiff had extreme difficulty keeping pace and the shackles were cutting through the skin, causing plaintiff to bleed and extreme pain and suffering. Plaintiff was forced to "walk" like this all the way to the main lobby.

2.  In the lobby, Lt. Marquez threatened to inflict bodily harm on plaintiff and forced him to undress and put on paper clothing. Then Lt. Marquez placed plaintiff again in extremely tight hand restraints with a belly chain. Then, plaintiff was put in a restraint chair. Plaintiff soon voiced concerns about the restarints being too tight on his wrist and belly. Lt. Marquez ignored and disregarded plaintiffs multiple complaints. Then, as a result of plaintiff's constant complaints about the tightness and sever pain, Lt. Marquez added even more restraints by strapping plaintiff to the restraint chair where plaintiff couldn't even move his neck. After that, Lt. Marquez placed me in cell 323 in Fox Unit. Cell 323 is also known as the "hard cell". Plaintiff was left strapped to the restraint chair in cell 323 Fox Unit. Plaintiff kept complaining to Lt. Marquez about the restaraints being too tight on his right hand and belly. At that point Plaintiff couldn't feel his right hand and was having difficulty breathing.

Soon thereafter, because of Plaintiffs complaints, Officer Leeper maliciously and sadistically assaulted plaintiff from behind the chair. While calling plaintiff "pussy bitch", Officer Leeper smashed a sheild on plaintiff's right hand and wrist repeatedly, causing excruciating pain, and plaintiff to bleed.

In addition, every time the nurse came to do "checks" on plaintiff

-1-

plaintiff complained to nurse Simcox JRN. Plaintiff complained to Simcox that he was having a difficult time breathing and couldn't feel his right hand which was bleeding, and that the restraints were on too tight especially on his belly and right hand.

Simcox advised Lt. Marquez to fix the restraints because they were on way too tight and were causing damage and numbness to plaintiff. Lt. Marquez disregarded Simcox's advise and refused to fix the restraints on plaintiff. Lt. Marquez got even more angry and made more threats to inflict bodily harm on plaintiff and keep him in the restraint chair longer if he "don't shut the fuck up and crying like a bitch".

On December 9th, 2021, at around 10:00am, plaintiff was taken off restarints and placed back into cell 332 Fox Unit.

3. On December 14th, 2021, plaintiff wrote a medical request seeking medical attention because his right hand and wrist were both severely damaged and getting an infection. Moreover. plaintiff's right side of abdomen had a bad cut from the belly chain being on too tight for 18 hours amd was also getting infected.

On December 14th, 2021, Nurse Jobin DRN treated plaintiff for his injuries. Nurse Jobin acknowledged and cautioned plaintiff that his injuries and cuts, especially on his right hand and wrist were badly infected. Nevertheless, Jobin did not record or note plaintiff's injuries in the medical record. Then, Jobin said she would be back but never returned.

Then from December 15, 2021, and on, plaintiff kept writing medical requests seeking more treatment for his infected injuries. However, the medical requests were ignored. Eventually, on December 23rd, 2021, Nurse Miller RN took a look at plaintiff'f injuries and recognized the serious-ness of the infections. Nurse Miller treated plaintiff's injuries and immediately cleaned them thoroughly. In addition, oddly, when plaintiff was given a copy of his medical records, the Nurses put inacurate and false information in their records entries regarding their encounters with plaintiff while he was in the restraints chair.

In the medical records, the nurses falsely put that plaintiff was in other units, however, plaintiff was held in the hard cell 323 Fox Unit during the time he was in the restraint chair.

4. Ultimately, plaintiff suffered severe emotional, psychological, and physical pain and distress at the hands of Lt. Marquez, Officer Leeper, and others. Plaintiff now has deep scars on his right hand and

-2-

wrist and on his lateral abdomen. Plaintiff also has suffered tissue and nerve damage on his right hand as a result of Lt. Marquez and OFC. Leeper's actions and sadistic assaults against plaintiff on December 8 2021. Plaintiff has been permanetly damaged.

5.    Plaintiff hereby incorporates by reference and realleges paragraph 1-5.

6.    The actoins of Lt. Marquez and OFC. Leeper were intentionally, sadistically, and maliciously done with the purpose to inflict extreme distress, pain, and suffering in violation of the Eighth Amendment to the United States Constitution.

7.    The actions of Lt. Marquez, Ofc. Leeper, and Nurse Jobin constitute and amount to deliberate indifference to a serious medical need. Lt. Marquez and Ofc. Leeper were advised by Nurse Simcox of the need to re-adjust plaintiff's restraints because they were on too tight and had plaintiffs right hand numb, etc..., nevertheless, Lt. Marquez and Ofc. Leeper ignored and disregarded pleas for help and nurse Simcox's medical advises. As a result, plaintiff suffered severely and has been permanently scarred and damaged. These sadistic and deliberate actions violated plaintiff's rights under the Eighth Amendment to the U.S. Constitution and has caused plaintiff physical, amotional, and psychological distress, pain and suffering.

8.    Lt. Marquez and Ofc. leeper's malicious actions amount to toture and cruel and unusual punishments. They assaulted plaintiff while he was fully restrained and was not a threat, does not serve any purpose at all. Lt. Marquez's and Ofc. Leeper's malicious and sadistic actions violated the Eights amendment's prohibition against cruel and unusual punishments and caused plaintiff physical, emotional, and mental distress pain and suffering and permanent damage.

9.    Plaintiff has no adequate remedy to redress the wrongs and actions of the employees of the U.S. Government described herein. Plaintiff has been, and will continue to be, irreparably harmed by the actions described herein. Plaintiff seeks justice and compensatory damages against the U.S. Government.

-3-

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: BLANCO, EDGAR | | Reg #: 58381-007 |
| Date of Birth: 10/14/1996 | Sex: M Race: WHITE | Facility: TOM |
| Encounter Date: 12/08/2021 16:45 | Provider: Sweeney, D. RN | Unit: F03 |

Injury Assessment - Non-work related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

INJURY 1     Provider: Sweeney, D. RN

**Date of Injury:** 12/08/2021 16:00     **Date Reported for Treatment:** 12/08/2021 16:45

**Work Related:** No     **Work Assignment:** A&O COMPLT, SMU-UNASSG

**Pain Location:**

Pain Scale: Unavailable

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

Golf range 3 cell 32     *I WAS IN FOX RANGE 3 CELL 32*

**Cause of Injury (Inmate's Statement of how injury occurred):**

nothing stated

**Symptoms (as reported by inmate):**

nothing stated

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/08/2021 | 16:45 TOM | 98.1 | 36.7 | Forehead | Sweeney, D. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/08/2021 | 16:45 | 78 | Via Machine | | Sweeney, D. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/08/2021 | 16:45 TOM | 16 | Sweeney, D. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/08/2021 | 16:45 TOM | 138/80 | Right Arm | Sitting | Adult-large | Sweeney, D. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/08/2021 | 16:45 TOM | 98 | Room Air | Sweeney, D. RN |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

| | | |
|---|---|---|
| Inmate Name: BLANCO, EDGAR | | Reg #: 58381-007 |
| Date of Birth: 10/14/1996 | Sex: M Race: WHITE | Facility: TOM |
| Encounter Date: 12/08/2021 16:45 | Provider: Sweeney, D. RN | Unit: F03 |

      Yes: Alert and Oriented x 3

### Skin
**General**
      Yes: Dry, Warmth

### Head
**General**
      Yes: Symmetry of Motor Function

### Eyes
**General**
      Yes: PERRLA

### Ears
**External Ear**
      Yes: Within Normal Limits

### Nose
**General**
      Yes: Nares Patent

### Face
**General**
      Yes: Symmetric

### Lips
**General**
      Yes: Within Normal Limits

### Mouth
**General**
      Yes: Within Normal Limits

### Neck
**General**
      Yes: Within Normal Limits

### Pulmonary
**Observation/Inspection**
      Yes: Within Normal Limits

### Cardiovascular
**Observation**
      Yes: Within Normal Limits

### Peripheral Vascular
**Arms**
      Yes: Radial Pulse Normal, Capillary Refill Normal

**Legs**
      Yes: Dorsalis Pedis Normal, Capillary Refill Normal

### Abdomen
**Inspection**
      Yes: Within Normal Limits

### Musculoskeletal
**Gait**

| | | |
|---|---|---|
| Inmate Name: BLANCO, EDGAR | | Reg #: 58381-007 |
| Date of Birth: 10/14/1996 | Sex: M Race: WHITE | Facility: TOM |
| Encounter Date: 12/08/2021 16:45 | Provider: Sweeney, D. RN | Unit: F03 |

Yes: Normal Gait

## ASSESSMENT:

Other

Inmate was involved in calculated use of force after being disruptive in cell and breaking sprinkler head. Inmate situation did not require use of chemical munitions. Inmate was able to ambulate to rotunda with steady gait. Inmate assessment done and vital signs stable. Inmate has no injuries noted or voiced. Inmate breathing and circulation is adequate. Inmate restraints are on securely but do not restrict circulation. Inmate placed in pro chair restraints.

Other *HOW did my hand WENt Numb iF THE RESTraints do NOt RESTrict circulation.*

Restraint check due to inmate being placed in pro chair restraints. Restraints move freely, do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in all 4 extremities. Vital signs taken, the inmate appears medically stable. Inmate does not show any signs of dehydration. Water is provided in the cell. Inmate will be offered meals per custody protocol. Inmate able to use the bathroom provided in the cell. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No injuries noted during exam.

*SEE SiMCOX J RN ASSESMENt 12-08-2021 22:28*

## PLAN:

## Disposition:

Follow-up in 2-4 Hours
Injury level 1

## Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/08/2021 | Counseling | Access to Care | Sweeney, D. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Sweeney, D. RN on 12/08/2021 19:44
Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BLANCO, EDGAR | | | Reg #: 58381-007 |
| Date of Birth: 10/14/1996 | Sex: M Race: WHITE | | Facility: TOM |
| Encounter Date: 12/08/2021 22:28 | Provider: Simcox, J RN | | Unit: F03 |

Nursing - Restraint Check encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT 1  Provider: Simcox, J RN

Chief Complaint: Numbness
Subjective: Restraint Check
Pain: Not Applicable

**OBJECTIVE:**

**Exam:**

**General**
  **Affect**
    Yes: Cooperative
  **Appearance**
    Yes: Alert & Oriented to Person
**Pulmonary**
  **Observation/Inspection**
    Yes: Within Normal Limits
    No: Respiratory Distress
**Peripheral Vascular**
  **Arms**
    Yes: Radial Pulse Normal
  **Legs**
    Yes: Dorsalis Pedis Normal

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Restraint check in Fox Unit, Range 3, Cell 23 for inmate with restraints via restraint chair. Some minor swelling in hands noted-inmate complaining of numbness. Inmate encouraged to periodically move digits to promote circulation. No swelling distal to restraints in the lower extremities. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Water and toileting to be offered per Custody-inmate declined offer of H2O during exam. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities less than three seconds. Skin is warm, dry, with normal color. No injuries reported or observed during this exam. Custody readjusted upper extremity restraint device.

**PLAN:**

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

| | | |
|---|---|---|
| Inmate Name: BLANCO, EDGAR | | Reg #: 58381-007 |
| Date of Birth: 10/14/1996 | Sex: M Race: WHITE | Facility: TOM |
| Encounter Date: 12/08/2021 22:28 | Provider: Simcox, J RN | Unit: F03 |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 12/08/2021 22:29

# Bureau of Prisons
## Health Services
## Clinical Encounter

Inmate Name: BLANCO, EDGAR
Date of Birth: 10/14/1996
Encounter Date: 12/09/2021 05:45

Sex: M    Race: WHITE
Provider: Jobin, D. RN

Reg #: 58381-007
Facility: TOM
Unit: F03

Nursing - Restraint Check encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Jobin, D. RN

Chief Complaint: Other Problem
Subjective: restraint check
Pain: Not Applicable

*SHE liE.*
*SEE, SiMCOX JRN DATE*
*12-08-2021   22:28*

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 12/09/2021 | 09:25 TOM | 99.0 | 37.2 | Temporal | Jobin, D. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|----------------|----------|--------|----------|
| 12/09/2021 | 09:25 | 68 | Via Machine | | Jobin, D. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|----------------|----------|
| 12/09/2021 | 09:25 TOM | 16 | Jobin, D. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 12/09/2021 | 09:25 TOM | 134/68 | Left Arm | | | Jobin, D. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 12/09/2021 | 09:25 TOM | 98 | Room Air | Jobin, D. RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Restraint check due to inmate placed in hard ambulatory restraints and restraint chair. Restraints move freely, do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in all four extremities. Vital signs taken, the inmate appears medically stable. Inmate does not show any signs of dehydration. Airway patent, breathing normal, palpable radial and dorsalis pedis pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No injuries noted during exam.

**PLAN:**

**Disposition:**

| Inmate Name: | BLANCO, EDGAR | | | Reg #: | 58381-007 |
|---|---|---|---|---|---|

Inmate Name:  BLANCO, EDGAR
Date of Birth:  10/14/1996               Sex:       M     Race:   WHITE          Reg #:     58381-007
Encounter Date: 12/09/2021 05:45         Provider:  Jobin, D. RN               Facility:  TOM
                                                                               Unit:      F03

Follow-up in 2-4 Hours

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/09/2021 | Counseling | Access to Care | Jobin, D. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Jobin, D. RN on 12/09/2021 09:28

Requested to be cosigned by  Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BLANCO, EDGAR | | | Reg #: 58381-007 |
| Date of Birth: 10/14/1996 | Sex: M Race: WHITE | | Facility: TOM |
| Encounter Date: 12/23/2021 12:09 | Provider: Miller, K RN | | Unit: F03 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**     Provider: Miller, K RN

Chief Complaint: Other Problem

Subjective: "I was in restraints and go some areas that a nurse told me are infected."

Pain: No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/23/2021 | 12:09 TOM | 97.8 | 36.6 | Temporal | Miller, K RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/23/2021 | 12:09 | 82 | Via Machine | | Miller, K RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/23/2021 | 12:09 TOM | 16 | Miller, K RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/23/2021 | 12:09 TOM | 117/76 | Right Arm | Sitting | Adult-regular | Miller, K RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/23/2021 | 12:09 TOM | 100 | Room Air | Miller, K RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**ASSESSMENT:**

Other

Inmate seen in fox medical for wound care.

Location of the infection(s): right wrist

Measure size (diameter)(length x width x depth) of the wound(s): 3cm x 0.2 cm

Pain: (Y/N): N

*****Pain Scale (0-10):see above

Isolation Required (Y/N): N

Cellulitis (present/ absent): N

Purulent drainage (with or without): without

| Inmate Name: | BLANCO, EDGAR | | | | Reg #: | 58381-007 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/14/1996 | Sex: | M Race: WHITE | | Facility: | TOM |
| Encounter Date: | 12/23/2021 12:09 | Provider: | Miller, K RN | | Unit: | F03 |

Contained in dressing (Y/N): Y
DESCRIBE ANY PERTINENT CHANGES:
Location: see above
Redness: (Y/N): N
Streaking: (Y/N): N
Crepitus: (Y/N): N
Edema: (Y/N): N
PRESENCE OF:
Erythema (Y/N): N
Tenderness (Y/N): N
Purulent drainage (spontaneous or induced): none
Necrosis (Y/N): N
Gangrene (Y/N): N
Signs of necrotizing fascitis (Y/N): N
SIGNS OF SYSTEMIC INFECTION INCLUDING:
Fever (Y/N): N
Unstable vital signs (Y/N): N
Streaking from the infection site (Y/N): N
Rapid spread of inflammation over a period of hours (Y/N): N
DRESSING: TAO applied, left open to air

Location of the infection(s): Right lateral abdomen
Measure size (diameter)(length x width x depth) of the wound(s): 0.5 cm X 0.3 cm
Pain: (Y/N): N
*****Pain Scale (0-10):see above
Isolation Required (Y/N): N
Cellulitis (present/ absent): none
Purulent drainage (with or without): without
Contained in dressing (Y/N): N
DESCRIBE ANY PERTINENT CHANGES:
Location: see above
Redness: (Y/N): N
Streaking: (Y/N): N
Crepitus: (Y/N): N
Edema: (Y/N): N
PRESENCE OF:
Erythema (Y/N): N
Tenderness (Y/N): N
Purulent drainage (spontaneous or induced): N
Necrosis (Y/N): N
Gangrene (Y/N): N
Signs of necrotizing fascitis (Y/N): N
SIGNS OF SYSTEMIC INFECTION INCLUDING:
Fever (Y/N): N
Unstable vital signs (Y/N): N
Streaking from the infection site (Y/N): N
Rapid spread of inflammation over a period of hours (Y/N): N
DRESSING: TAO applied, covered with band aid
Instructed inmate to wash area daily with soap and water, apply TAO, and cover with band aid. Inmate given supplies to complete wound care himself. Inmate verbalizes understanding and agreeable to plan of care.

**PLAN:**

**Disposition:**

# DISCIPLINE HEARING OFFICER REPORT

**U.S. DEPARTMENT OF JUSTICE**     **FEDERAL BUREAU OF PRISONS**

| | | | | | |
|---|---|---|---|---|---|
| Institution: | USP Thomson | Incident Report Number: | | 3575488 | |
| NAME OF INMATE: | BLANCO, EDGAR | REG. NO.: | 58381-007 | UNIT: | F |
| Date of Incident Report: | 12/8/2021 | Offense Code: | 218 & 307 | | |
| Date of Incident: | 12/8/2021 | | | | |
| Summary of Charges: | Destroying life saving device & Refusing an order (EXPUNGED) | | | | |

## I. NOTICE OF CHARGE(S)

A. Advanced written notice of charge (copy of Incident Report) was given to inmate on:

(date) 12/9/2021          at (time) 845          (by staff member) T. Albertson

B. The DHO Hearing was held on (date) 12/21/2021                    at (time)          12:08 PM

C. The inmate was advised of the rights before the DHO by (staff member):

Stringer          on (date)     12/10/2021     and copy of the advisement of rights form is attached.

## II. STAFF REPRESENTATIVE

| | | | | |
|---|---|---|---|---|
| A. Inmate waived right to Staff Representative. | Yes: | | No: | x |
| B. Inmate requested Staff Representative and | | n/a | appeared. | |
| C. Staff Representative statement: | n/a | | | |

D. Requested Staff Representative declined or could not appear, but inmate was advised of option to postpone hearing to obtain another Staff Representative with the result that:

(New Staff Representative Name)          n/a          was selected.

E. Staff Representative :               n/a               was appointed.

## III. PRESENTATION OF EVIDENCE

| | | | | | | |
|---|---|---|---|---|---|---|
| A. Inmate: | Admits | | Denies | | Neither | the charge(s). |

B. Summary of Inmate Statement:

EXPUNGED

C. Witnesses:

| | | | | |
|---|---|---|---|---|
| 1. Inmate waived right to witness(es). | Yes: | x | No: | X |

2. The following persons were called as witnesses at this hearing and appeared (each witness and statement listed below):

N/A

3. The following person requested were not called for the reason(s) given (each witness and statement listed below):

N/A

1

**DISCIPLINE HEARING OFFICER REPORT**



BP-A0304
JAN 17

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Name of Inmate: | BLANCO, EDGAR | Reg. No.: | 58381-007 | Hearing Date: | 12/21/2021 |
|---|---|---|---|---|---|

4. Unavailable witnesses were requested to submit written statements and those statements received were considered (each witness name and statement listed below).

N/A

D. Documentary Evidence: In addition to the Incident Report and Investigation, the DHO considered the following documents:

E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate. The confidential information was documented in a separate report. The confidential information has been (confidential informants have been) determined to be reliable because: N/A

## IV. FINDINGS OF THE DHO

|   | A. The act was committed as charged. |   |
|---|---|---|
|   | B. The following act was committed: |   |
| X | C. No prohibited act was committed:   Expunge according to Inmate Discipline PS. |   |

## V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS
**(Physical evidence, observations, written documents, etc.):**

EXPUNGED- Cellie took responsibility

## VI. SANCTION OR ACTION TAKEN (list each prohibited act with respective sanctions for that act):

N/A

## VII. REASON FOR SANCTION OR ACTION TAKEN:

N/A

## VIII. APPEAL RIGHTS:

**X** The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

## IX. DISCIPLINE HEARING OFFICER

| Printed Name | Signature | Date |
|---|---|---|
| B. Potes | *B. Potes* | 12/22/2021 |